IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.S., Minor Child Through Next Best Friend Marisala Shihadeh, et al. | : : : | CIVIL ACTION |
| | : | NO. 11-5857 |
| v. | : : | |
| MARPLE NEWTOWN SCHOOL DISTRICT, et al. | : : | |

## **ORDER**

AND NOW, this 14th day of February, 2012, upon consideration of defendants' motion to dismiss and plaintiffs' opposition thereto, it is ORDERED that:

1) Defendants' motion is GRANTED and the Complaint is DISMISSED for lack of subject matter jurisdiction; and

2) Plaintiffs may file an amended complaint consistent with the accompanying Memorandum Opinion on or before March 14, 2012.

                                                       *s/Thomas N. O'Neill, Jr.*
                                                   THOMAS N. O'NEILL, JR., J.