IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.S., Minor Child Through Next Best Friend Marisala Shihadeh, et al. | : : : | CIVIL ACTION NO. 11-5857 |
| v. | : : | |
| MARPLE NEWTOWN SCHOOL DISTRICT, et al. | : : | |

## ORDER

AND NOW, this 4th day of September, 2012, upon consideration of defendants' motion to dismiss plaintiffs' amended complaint and plaintiffs' response, it is ORDERED that defendants' motion is DENIED.

It is further ORDERED that within twenty-one days of the date of this Order defendants shall file an answer to plaintiffs' amended complaint and the parties shall agree to a discovery schedule and submit same to the Court for approval.

<em>s/Thomas N. O'Neill, Jr.</em><br>
THOMAS N. O'NEILL, JR., J.